Case Name: WEISER, WAYNE
                 WEISER, TERRI
Case No:    08-71449

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 15, 2008         WILLIAM T. NEARY
                                               United States Trustee, Region 11

                                BY:   */s/ Carole J. Ryczek*
                                           CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee