**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>WEISER, WAYNE<br>WEISER, TERRI | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-71449 MB |
|---|---|
| Social Security/Employer Tax ID Number:<br>xxx-xx-5104  13-7604964<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on January 26, 2009 at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 987.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 3,321.08 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 35.46 |

4. The Trustee's Final Report shows total:

    a. Receipts     $ 25,710.81

    b. Disbursements     $ 11.51

    c. Net Cash Available for Distribution     $ 25,699.30

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $21,355.76, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $45,025.48.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    12/1/08                                                           s/s Joseph D. Olsen
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Dec 17, 2008
Case: 08-71449                Form ID: pdf002            Total Served: 30


The following entities were served by first class mail on Dec 19, 2008.
db           +Wayne Weiser,    1218 Everett Ave.,    Belvidere, IL 61008-4588
jdb          +Terri Weiser,    1218 Everett Ave.,    Belvidere, IL 61008-4588
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Jason K Nielson,    The Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12218636     +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15168,    Wilmington, DE 19850-5168
12446060     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12218634     +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12218639     +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12218633     +Citi Cards,    Bankruptcy Department,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
12218625     +CitiFinancial Mortgage Co, Inc,    Bankruptcy Department,    PO Box 142199,    Irving, TX 75014-2199
12218640     +Citibank,    Bankruptcy Department,    PO Box 183036,    Columbus, OH 43218-3036
12218627     +Citifinancial,    Bankruptcy Department,    9528 S. Cicero Ave.,    Oak Lawn, IL 60453-3101
12697448      Citifinancial Inc,    P O Box 70919,    Charlotte, NC 28272-0919
12218629     +Direct Merchants Bank,    Bankruptcy Department,    PO Box 98701,    Las Vegas, NV 89193-8701
12218641     +Ed Financial,    Attn: Bankruptcy Dept.,    PO BOX 36014,    Knoxville, TN 37930-6014
12415420     +Edfinancial Services for Edsouth,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
12218630     +Household Bank,    Bankruptcy Department,    12447 S.W. 69th Ave.,    Tigard, OR 97223-8517
12218643     +Jackie Weiser,    Attn: Bankruptcy Dept.,    W5515 Hazelridge Rd.,    Elkhorn, WI 53121-3919
12421996      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12218642     +Sallie Mae,    Bankruptcy Department,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
12218628     +Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,    Kansas City, MO 64195-0363
12218637    ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Wachovia Bank,    Bankruptcy Department,    PO Box 15153,
               Wilmington, DE 19850-5153)
12218644     +WI SCTF,    Box 07914,    Milwaukee, WI 53207-0914
12218624     +Wells Fargo,    Bankruptcy Department,    1300 E. McGalliard,    Muncie, IN 47303-2274
12657855      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Dec 18, 2008.
12218626     +Fax: 800-208-8123 Dec 18 2008 01:48:20     American General Finance,    Bankruptcy Department,
               PO Box 3121,    Evansville, IN 47731-3121
12218631      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2008 07:01:07     Discover Card,
               Bankruptcy Department,    12 Reads Way,    New Castle, DE 19720
12433561      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2008 07:01:07
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12680732     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2008 01:50:34
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12218635*    +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12218645*    +Citi Cards,    Bankruptcy Department,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
12218638*    +CitiFinancial Mortgage Co, Inc,    Bankruptcy Department,    PO Box 142199,    Irving, TX 75014-2199
12218632*   ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Card,    Bankruptcy Department,    12 Reads Way,
               New Castle, DE 19720)
                                                                                               TOTALS: 0, * 5
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cshabez              Page 2 of 2              Date Rcvd: Dec 17, 2008
Case: 08-71449               Form ID: pdf002            Total Served: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2008**          **Signature:**          *Joseph Speetjens*